```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
UNITED STATES OF AMERICA         :    TRANSPORTATION ORDER

        - v -                    :    22 Mag. 5875 (UA)

LOUIE WALENCIK,                  :

                Defendant.       :
---------------------------------x
```

Upon the application of **Louie Walencik**, by his attorney, **Clay Kaminsky, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Louie Walencik with funds to cover the cost of round-trip travel between Bridgeport, Connecticut and Fort Worth, Texas for his 1:30 p.m. appearance in the Northern District of Texas on August 3, 2022;

**ORDERED** that Mr. Walencik's flight depart from LaGuardia Airport and be scheduled to arrive into the Dallas-Fort Worth airport no later than 11:00 a.m. on Wednesday, August 3, 2022, and that his return flight be scheduled for as soon as practicable after his court appearance;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York               **SO ORDERED:**
        July 22, 2022

                                         _____
                                         HONORABLE ONA T. WANG
                                         United States Magistrate Judge