```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA          :   TRANSPORTATION ORDER

         - v -                    :   22 Mag. 5875 (UA)

LOUIE WALENCIK,                   :

                  Defendant.      :
----------------------------------x
```

Upon the application of **Louie Walencik**, by his attorney, **Clay Kaminsky, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 3154(4), and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that Pretrial Services furnish Louie Walencik with funds to cover the cost of travel from Fort Worth, Texas to New York, New York after his appearance in the Northern District of Texas on August 3, 2022;

**ORDERED** that Mr. Walencik's flight depart Fort Worth for New York no earlier than 6:00 p.m. on Wednesday, August 3, 2022;

**ORDERED** that the aforesaid expenses shall be paid by Pretrial Services.

Dated:  New York, New York           SO ORDERED:
        July 29, 2022

                                     _____
                                     HONORABLE SARAH L. CAVE
                                     United States Magistrate Judge