```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA           :    TRANSPORTATION ORDER

         - v -                     :    22 Mag. 5875 (UA)

LOUIE WALENCIK,                    :

                 Defendant.        :

----------------------------------x
```

Upon the application of **Louie Walencik**, by his attorney, **Clay Kaminsky, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Louie Walencik with funds to cover the cost of travel from New York, New York to Fort Worth, Texas for his appearance in the Northern District of Texas on August 3, 2022;

**ORDERED** that Mr. Walencik's flight depart New York for Fort Worth to arrive no later than 11:00 a.m. on Wednesday, August 3, 2022;

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York                SO ORDERED:
         July 29, 2022

                                           _____
                                           HONORABLE SARAH L. CAVE
                                           United States Magistrate Judge